```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 12690
   MIGUEL AVILES
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-3487


-----------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/17/07 and confirmed on 09/27/07.

   2.  The case was dismissed after confirmation, 11/21/2008.

   3.  The Debtor paid a total of $  10560.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 3281.85 | .00 | 3281.85 |
| MARQUETTE NATIONAL BANK | SECURED | .00 | .00 | .00 |
| MARQUETTE NATIONAL BANK | MORTGAGE ARRE | 700.00 | .00 | 700.00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | .00 |
| HINSDALE BANK & TRUST | SECURED VEHIC | .00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 1530.45 | .00 | 783.01 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 20604.47 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 4388.13 | .00 | 2245.06 |
| ILLINOIS DEPT REVENUE | UNSECURED | 348.86 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 5196.17 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 779.78 | .00 | .00 |
| TRI STATE ROOFING & SIDI | UNSECURED | 16155.32 | .00 | .00 |
| JAMES STEVENS & DANIELS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6324.93 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1498.33 | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED BUILDING PRODUCTS | UNSECURED | 14669.06 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ARS RECOVERY SERVICES LL | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT BUREAU ENTERPRISE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 3563.67 | .00 | .00 |

          Summary of disbursements:
-----------------------------------------------------------------------------
               SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
-----------------------------------------------------------------------------

```
TOTAL CLMS ALLOWED        3981.85        5918.58       69140.59            .00      79041.02
PRINCIPAL PAID            3981.85        3028.07            .00            .00       7009.92
INTEREST PAID                 .00            .00            .00            .00            .00
TOTAL PAID                3981.85        3028.07            .00            .00       7009.92
```

The Debtor's attorney, PATRICK A MESZAROS          , was allowed $   3500.00
and was paid $    500.00   direct and $   3000.00   through the plan.

The Trustee received $     550.08 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/11/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE